# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALVIN RANKIN, JR.,

 *Petitioner*,

vs.

JACK PALMER, *et al.*

 *Respondents*.

3:09-cv-00145-LRH-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court following upon the notice (#22) of appearance by counsel with the Federal Public Defender.

IT THEREFORE IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Debra A. Bookout, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred fifty (150) days from entry of this order within which to file an amended petition. The Court will screen the amended petition prior ordering a response from respondents.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED this 14th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE